■ The People of the State of New York, Respondent, v Cordell Robinson, Appellant. [26 NYS3d 703]—Order, Supreme Court, New York County (Eduardo Padro, J.), entered on or about April 30, 2015, which denied defendant's CPL 440.46 motion for resentencing, unanimously affirmed.

The court properly exercised its discretion in determining that substantial justice dictated the denial of defendant's motion, since his escalating criminal behavior, including a relatively recent felony drug conviction, demonstrated a "chronic inability to control his behavior while at liberty" (*People v Correa*, 83 AD3d 555, 556 [1st Dept 2011], *lv denied*

17 NY3d 805 [2011]). Concur—Sweeny, J.P., Renwick, Moskowitz and Gische, JJ.